**Order entered October 18, 2021**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-21-00421-CR**

**GEORGE RALPH BEACHEM, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 296th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 296-82711-2019**

**ORDER**

On June 8, 2021, appellant requested that official court reporter Janet Dugger prepare the reporter's record in this appeal. That record was due on July 28, 2021. When it was not filed, we notified Ms. Dugger by postcard dated July 30, 2021 and directed her to file the reporter's record by August 30, 2021. On the new due date, Ms. Dugger filed an extension requesting thirty days in which to complete the estimated 550-page record. We granted that request and ordered the

reporter's record filed by October 1, 2021. To date, the reporter's record has not been filed and we have had no communication from Ms. Dugger.

We **ORDER** court reporter Janet Dugger to file the complete reporter's record in this appeal by November 1, 2021. Should she fail to do so, we will order she not sit until the complete record is filed.

We **DIRECT** the Clerk to send copies of this order to the Honorable John Roach, Jr. Presiding Judge, 296th Judicial District Court; Janet Dugger, official court reporter, 296th Judicial District Court; and counsel for all parties.

/s/    ERIN A. NOWELL
JUSTICE